JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
REYNALDO GONZALES BAUTISTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR. S-12-360-TLN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| REYNALDO GONZALES BAUTISTA | ) | |
| Defendant. | ) | Date: June 6, 2013<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, NIRAV DESAI, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for REYNALDO GONZALES BAUTISTA, that the status conference date of May 22, 2013, be vacated, and the matter be set for status conference on June 6, 2013, at 9:00 a.m. The reason for the continuance is for further defense preparation in light of an anticipated change to the criminal history section of the pre-plea report, and that the case was advanced to a date that defense counsel is unavailable due to the reassignment of the case to a new district judge.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 6, 2013, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

| | |
|---|---|
| DATED: April 25, 2013 | Respectfully submitted, |
| | JOSEPH SCHLESINGER<br>Federal Public Defender |
| | /s/ Courtney Fein<br>COURTNEY FEIN<br>Designated Counsel for Service<br>Attorney for REYNALDO GONZALES BAUTISTA |
| | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Courtney Fein for<br>NIRAV DESAI<br>Assistant United States Attorney |

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 22, 2013, status conference hearing be continued to June 6, 2013, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the June 6, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: April 29, 2013

_____
Troy L. Nunley
United States District Judge